WILLIAM B. McMICHAEL,<br>
<em>Referee, Workmen's Compensation Bureau.</em>

NEW JERSEY DEPARTMENT OF LABOR.

WORKMEN'S COMPENSATION BUREAU.

AUGUST HULLMAN, petitioner,

<em>v.</em>

A. J. CHRISTOPHER, respondent.

**Rigger—Permanent Disability.**

On rule for judgment.

The above matter coming on for hearing, and having been submitted to me for decision, I hereby find and determine as follows:

1. That this is a proceeding brought by August Hullman and against the above-named respondent, A. J. Christopher.

under an act entitled "An act prescribing the liability of an employer to make compensation for injuries received by an employe in the course of employment, establishing an elective schedule of compensation and regulating procedure for the determination of liability and compensation thereunder," approved April 4th, 1911, and the acts amendatory thereof and supplemental thereto: that a petition was filed on the 9th day of July, 1924; that an order was made setting down the same for hearing on the 10th day of September, 1924, and that the answer of the respondent was filed on the 5th day of August, 1924; that the case came on for hearing on Wednesday, September 10th, 1924, which hearing was held in the presence of Nathan Rabinowitz, attorney for the petitioner, and McCarter & English, attorneys for the respondent, and on which day said petitioner was examined in the presence of said counsel.

2. That the petitioner was employed by the respondent as a rigger on or about the 1st day of April, 1924, and that he continued in such employment up to the 21st day of April, 1924; that his duties consisted of working as a rigger.

3. That the petitioner at the time of the injury received for his services wages amounting to $36 per week.

4. That the respondent had actual knowledge of the occurrence of the said injury.

5. That as a result the petitioner received injury, causing the petitioner a permanent disability of sixty-five per cent., which lasted for a period of one hundred and twenty-seven and one-half weeks at the rate of $17 per week.

6. I find, therefore, that the petitioner is entitled to compensation for a period of one hundred and twenty-seven and one-half weeks, or eighty-five per cent. permanent disability at the rate of $17 per week.

7. That the legal adviser of the petitioner is entitled to compensation in the sum of $200, to be assessed against petitioner, and $10 for stenographic fees, to be assessed against the respondent.

8. Costs will be allowed the petitioner.

It is therefore, on this 11th day of September, 1924, ordered, that judgment final be entered in favor of the petitioner, August Hullman, and against the respondent, A. J. Christopher, in the sum of $2,167.50, on the basis of one hundred and twenty-seven and one-half weeks, or eighty-five per cent. permanent disability at the rate of $17 per week; $200 for the legal adviser of the petitioner, to be assessed against petitioner, and $10 for stenographic fees, to be assessed against respondent, amounting to the sum of $2,177.50, together with costs.

WILLIAM B. McMICHAEL,

*Referee, Workmen's Compensation Bureau.*